```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: November 16, 2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**JAMAR MOORE ET AL,**

                **Plaintiffs,**

    -against-

**NB NET SOLUTIONS INC. ET AL,**

                **Defendants.**

**19-cv-7483 (ALC) (DCF)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of the parties' settlement agreement. (ECF No. 56). The parties are directed to file the proposed settlement and a joint memorandum of law, not to exceed 10 pages, explaining why the proposed settlement is fair and reasonable and otherwise does not raise any of the concerns cited by the Second Circuit in its recent decision in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The proposed settlement and accompanying memorandum shall be filed no later than November 30, 2020.

**SO ORDERED.**

**Dated**:    November 16, 2020
             New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**