USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: January 29, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
**JAMAR MOORE ET AL,**

      **Plaintiff,**

   -against-

**NB NET SOLUTIONS INC. ET AL,**

      **Defendants.**
-------------------------------------------------------------- x

**19-cv-7483 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt of the parties' settlement agreement and accompanying joint motion to approve the settlement agreement, filed November 18, 2020. (ECF No. 60.) Having reviewed the settlement agreement, as required by *Cheeks v. Freeport Pancake House, Inc*., 796 F.3d 199 (2d Cir. 2015), the Court finds it to be fair and reasonable, and approves the settlement. This resolves ECF No. 62. Accordingly, it is ORDERED that the above-captioned case be dismissed with prejudice in its entirety without fees or costs except as agreed to by the parties.

**SO ORDERED.**

**Dated**: January 29, 2021
    New York, New York

                **ANDREW L. CARTER, JR.**
                **United States District Judge**